# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| L.P.O.E., Inc., a Minnesota Corporation, | Civil No. 10-4133 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| The City of Duluth, Minnesota, a Municipal Corporation, | |
| Defendant. | |

Based upon the parties' Stipulation to resolve the matter temporarily, **IT IS HEREBY ORDERED**:

1. The Defendant will not enforce Section 34-42 of the Duluth City Code while this matter is pending before the United States District Court, District of Minnesota.

2. The stipulation shall terminate upon entry of judgment in the District Court and without regard to the availability of appeal.

Dated: October 12, 2010

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge